IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LEGG,

    Petitioner,                    No. CIV S-09-0788 EFB P

    vs.

MICHAEL EVANS, Warden,

    Respondent.             ORDER
_____/

    Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner is not entitled to relief.

    Accordingly, it is hereby ordered that:

    1. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

1

1 | documents relevant to the determination of the issues presented in the application.  *See* Rules 4,
2 | 5, Fed. R. Governing § 2254 Cases.

3 |     2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an
4 | answer.

5 |     3. If the response to petitioner's application is a motion, petitioner's opposition or
6 | statement of non-opposition shall be filed and served within 30 days of service of the motion,
7 | and respondents' reply, if any, shall be filed within 15 days thereafter.

8 |     4. The Clerk of the Court shall serve a copy of this order together with a copy of
9 | petitioner's March 20, 2009, petition for a writ of habeas corpus with any and all attachments on
10 | Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk
11 | of the Court also shall serve on the Senior Assistant Attorney General the consent form used in
12 | this court.

DATED: March 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE