**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LEGG, ) | Case No.  09-CV-00788-WBS-EFB (HC) |
| Petitioner, ) | ORDER |
| vs ) | |
| MICHAEL EVANS, Warden ) | |
| Respondent ) | |

GOOD CAUSE APPEARING via agreement of the parties, it is hereby ordered that the time for petitioner to file his Traverse is extended to July 15, 2009.

DATED: June 22, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1